USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/12/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                -against-                21-CR-94 (VEC)

                                             <u>ORDER</u>

    CORNELL NEILLY,
                           Defendant.
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on February 11, 2021, the parties requested an arraignment be scheduled in this matter;

    IT IS HEREBY ORDERED that an arraignment is scheduled for **Wednesday, February 24, 2021, at 11:00 A.M.**

    IT IS FURTHER ORDERED that due to the high number of COVID-19 cases in New York City, the Court prefers to hold the hearing by video conference using the Court Call platform. An order with additional details about the Court Call platform will be entered a few days before the hearing.

    IT IS FURTHER ORDERED that Mr. Neilly must either notify the Court that he does not consent to appearing by way of video or file a waiver of in person appearance by no later than **Thursday, February 18, 2021**.

**SO ORDERED.**

Date:  February 12, 2021                          _____
         New York, NY                              **VALERIE CAPRONI**
                                                             **United States District Judge**