USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/18/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                           :
:
           -against-                    :    21-CR-94 (VEC)
:
:    ORDER
CORNELL NEILLY,                                     :
                    Defendant.          :
:
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS an arraignment in this matter is scheduled for February 24, 2021, at 10:30 a.m. via teleconference;

    IT IS HEREBY ORDERED that the parties and interested members of the public may dial-in to the conference using (888) 363-4749 // access code: 3121171 // security code: **0094**. The Clerk of Court is respectfully requested to strike from the docket the Court's order at Dkt. 9, which contained incorrect dial-in information for the February 24 teleconference.

**SO ORDERED.**

Date:  **February 18, 2021**
       **New York, NY**

                                               **VALERIE CAPRONI**
                                               **United States District Judge**