```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA,                                          :
                                                                   :
         -against-                                                :       21-CR-94 (VEC)
                                                                   :
                                                                   :       ORDER
CORNELL NEILLY,                                                    :
                                 Defendant.                 :
                                                                   :
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on February 24, 2021, Defendant appeared for an arraignment in this matter;

       IT IS HEREBY ORDERED that all pretrial motions are due **April 15, 2021**. Responses to any pretrial motions are due **May 14, 2021**. Replies in further support of pretrial motions are due **June 3, 2021**.

       IT IS FURTHER ORDERED that a status conference is scheduled for **May 6, 2021, at 2:30 p.m.** While the Court anticipates being able to conduct this conference in-person, the Court will provide an update closer to the date of the conference.

       IT IS FURTHER ORDERED that the period between February 24, 2021, and May 6, 2021, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). In addition to the reasons stated on the record at the February 24, 2021 arraignment, the Court finds that the ends of justice served by accommodating logistical difficulties created by the COVID-19 pandemic outweigh the interests of the public and the Defendants in a speedy trial.

**SO ORDERED.**

Date:  February 24, 2021
         New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**