USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/19/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

\-----------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
-against- :   21-CR-94 (VEC)
:
:   <u>ORDER</u>
:
CORNELL NEILLY, :
                          Defendant. :
:
\-----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on March 17, 2021, Defendant filed a motion to dismiss the indictment (Dkt. 17);

    IT IS HEREBY ORDERED that the Government's response to Defendant's motion is due **April 16, 2021**. Defendant's reply is due **April 30, 2021**.

**SO ORDERED.**

Date: March 19, 2021
      New York, NY

                                               _____
                                               **VALERIE CAPRONI**
                                               **United States District Judge**