```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/2/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
UNITED STATES OF AMERICA,                    :
:
-against-                      :            21-CR-94 (VEC)
:
:                    ORDER
CORNELL NEILLY,                              :
                          Defendant.         :
:
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 17, 2021, Defendant filed a motion (1) seeking to dismiss the indictment on the ground that the evidence presented to the grand jury does not constitute the charged offense and (2) seeking to suppress the single-photo identification procedure as unduly suggestive, Dkt. 24; and

WHEREAS Defendant's motion is fully briefed;

IT IS HEREBY ORDERED that the parties must appear for oral argument on Defendant's motion on **September 7, 2021, at 2:00 p.m.**, in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

IT IS FURTHER ORDERED that interested members of the public may dial-in to the proceeding using (888) 363-4749 // Access code: 3121171# // Security code: 0094#. All of those accessing the conference are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

**SO ORDERED.**

Date:  September 2, 2021                          _____
       New York, NY                                      **VALERIE CAPRONI**
                                                    **United States District Judge**