USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/7/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
-against- :   21-CR-94 (VEC)
:
:   ORDER
CORNELL NEILLY, :
                                   Defendant. :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on September 7, 2021, the parties appeared before the Court for oral argument on Defendant's pretrial motion, Dkt. 24;

    IT IS HEREBY ORDERED that the Defendant's motion to suppress the single-photograph identification procedure is DENIED as moot.

    IT IS FURTHER ORDERED that Defendant's motion to dismiss the indictment, or in the alternative to inspect the grand jury minutes, is DENIED for the reasons stated on the record at the September 7 hearing.

    The Clerk of Court is respectfully directed to close the open motions at Dkts. 15, 24, and 34.

**SO ORDERED.**

**Date: September 7, 2021**
**New York, NY**

                                            **VALERIE CAPRONI**
                                            **United States District Judge**