**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

# MEMO ENDORSED

October 21, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/21

<u>VIA ECF</u>
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   <u>United States v. Cornell Neilly</u>
      21 Cr. 94 (VEC)

Dear Judge Caproni,

    I write to request that the Court schedule a change-of-plea hearing in the above-captioned case. I have spoken to the government by Assistant United States Attorney Brandon Harper and to Your Honor's chambers and understand that November 4, 2021 at 3:30 p.m. is available for this conference.

    Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Counsel for Mr. Neilly

---

A change-of-plea hearing is hereby scheduled for **November 4, 2021, at 3:30 p.m.** in **Courtroom 443,** Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007. Interested members of the public may dial-in to the proceeding using (888) 363-4749 // Access code: 3121171# // Security code: 0094#. All of those accessing the conference are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

SO ORDERED.

*Valerie Caproni* (signature)
10/21/21

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE