UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-

CORNELL NEILLY,

                               Defendant.

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/2/21

21-CR-94 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS a change-of-plea hearing is currently scheduled for November 4, 2021, at 3:30 p.m.; and

    WHEREAS that time is no longer convenient for the Court;

    IT IS HEREBY ORDERED that the change-of-plea hearing is adjourned until **November 10, 2021, at 11:00 a.m.**, in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

Date:  November 2, 2021
          New York, NY

                                                  **VALERIE CAPRONI**
                                                  **United States District Judge**