```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
                                                ELECTRONICALLY FILED
-------------------------------------------X    DOC #:
                                           :    DATE FILED: 11/10/21
  UNITED STATES OF AMERICA,                :
                                           :
              -against-                    :    21-CR-94 (VEC)
                                           :
                                           :    ORDER
  CORNELL NEILLY,                          :
                         Defendant.        :
                                           :
-------------------------------------------X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 10, 2021, both parties appeared before the Court for a change-of-plea hearing;

WHEREAS at the November 10, 2021 hearing, Defendant pled guilty to the crime charged in Count One of the Indictment; and

WHEREAS the Court accepted Defendant's guilty plea;

IT IS HEREBY ORDERED that sentencing is scheduled for **March 9, 2022**, **at 10:30 a.m.**, in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.  Sentencing submissions from both sides are due not later than **February 23, 2022**.

IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken.  Please see the instructions, attached.  Completing the questionnaire ahead of time will save time and effort upon entry.  Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry.  Please contact chambers promptly if you or your client does not meet the requirements.

**SO ORDERED.**

Date:  November 10, 2021
       New York, NY

                                           **VALERIE CAPRONI**
                                           **United States District Judge**