**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

**MEMO ENDORSED**

February 17, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/17/22

**VIA ECF**
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **United States v. Cornell Neilly**
**21 Cr. 94 (VEC)**

Dear Judge Caproni,

    I write to respectfully request that the Court adjourn the sentencing in the above-captioned case, which is currently scheduled for March 9, 2022, for approximately 60 days. This is the first request for an adjournment of his sentencing. We have been working with an expert and we need more time to complete our pre-sentence investigation and submission. Mr. Neilly remains incarcerated at MDC Brooklyn and our mitigation work has been slowed by the lockdowns that were implemented due to the omicron variant and other BOP administrative decisions.

    The Government, by Assistant United States Attorney Brandon Harper, has no objection to this request.

    Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Counsel for Mr. Neilly

---

Application GRANTED. The sentencing currently scheduled for March 9, 2022, at 10:30 a.m. is hereby ADJOURNED until **Monday, May 9, 2022, at 11:00 a.m.** The deadline for sentencing submissions is hereby ADJOURNED from February 24, 2022, until **April 25, 2022**.

SO ORDERED.

*[signature]* 2/17/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE