**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

**MEMO ENDORSED**

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

April 18, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/22

**VIA ECF**
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **United States v. Cornell Neilly**
    **21 Cr. 94 (VEC)**

Dear Judge Caproni,

    I write to respectfully request that the Court adjourn the sentencing in the above-captioned case, which is currently scheduled for May 9, 2022, for approximately 30 days. This is the second request for an adjournment of his sentencing. We previously informed the Court that we are working with an expert to prepare our sentencing submission; unfortunately, the expert has become unavailable for the rest of this month, which will delay our ability to complete our pre-sentence materials. I have explained the situation to the Government, by Assistant United States Attorney Brandon Harper, and he has no objection to this request.

    Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Counsel for Mr. Neilly

---

Application GRANTED. The sentencing hearing currently scheduled for May 9, 2022, at 11:00 a.m. is hereby ADJOURNED until **June 14, 2022, at 2:30 p.m.** The deadline for sentencing submissions is hereby ADJOURNED until **May 31, 2022**.

SO ORDERED.

*[signature]* 4/19/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE