**Federal Defenders OF NEW YORK, INC.**

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District
Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

**MEMO ENDORSED**

May 27, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __5/27/22__

<u>VIA ECF</u>
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   <u>United States v. Cornell Neilly</u>
      21 Cr. 94 (VEC)

Dear Judge Caproni,

    I write to respectfully request that the Court adjourn the sentencing, which is currently scheduled for June 14, 2022, for approximately 30 days. I wrote to the Court last month saying that the expert we retained had become temporarily unavailable and as such, we needed additional time to complete our submission. After our request was granted, I spoke with the expert and gave her a new deadline. Unfortunately, there seems to have been yet another delay from the expert; I understand she is out of the office and is not currently responding to inquiries.

    I regret having to ask for yet another adjournment, but I do think it is in Mr. Neilly's best interest that we have all mitigation materials available for the Court before proceeding. I have spoken to Assistant United States Attorney Brandon Harper, and he consents to this request.

    Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Counsel for Mr. Neilly

---

Application GRANTED. The sentencing hearing currently scheduled for June 14, 2022, at 2:30 p.m. is hereby ADJOURNED until **July 19, 2022, at 2:30 p.m.** The deadline for sentencing submissions is hereby ADJOURNED from June 1, 2022 to **July 5, 2022**.

SO ORDERED.

*[signature]* 5/27/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE