```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/9/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
UNITED STATES OF AMERICA,                          :
:
       -against-                          :      21-CR-94 (VEC)
:
:      <u>ORDER</u>
CORNELL NEILLY,                                    :
                            Defendant.           :
:
-------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on July 9, 2025, the parties appeared before the Court for a status conference regarding Defendant's alleged violations of supervised release; and

       WHEREAS Defendant pled not guilty to the violation specifications;

       IT IS HEREBY ORDERED that, for the reasons stated at the conference, Defendant's conditions of supervised release are modified to require him to attend an inpatient substance abuse treatment program for a period of at least 30 days.

       IT IS FURTHER ORDERED that the parties must appear for the next status conference in this matter on **Wednesday, September 24, 2025, at 2:45 P.M.**  The conference will be held in Courtroom **20C** of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

Date: July 9, 2025
      New York, NY

                                          **VALERIE CAPRONI**
                                          **United States District Judge**