```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/23/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
: 
UNITED STATES OF AMERICA, :
:
-against-                          :         21-CR-94 (VEC)
:
:            ORDER
CORNELL NEILLY, :
                  Defendant. :
:
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 9, 2025, the Court held a status conference regarding Defendant's alleged violations of supervised release, *see* Dkt. 79;

WHEREAS Defendant pled not guilty to the violation specifications;

WHEREAS the Court scheduled a status conference for Wednesday, September 24, 2025; and

WHEREAS the Court is no longer available at that time;

IT IS HEREBY ORDERED that the status conference is ADJOURNED from Wednesday, September 24, 2025, at 2:45 P.M. to **Thursday, September 25, 2025, at 2:00 P.M.** The conference will be held in Courtroom **20C** of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

Date: September 23, 2025
      New York, NY

_____
**VALERIE CAPRONI
United States District Judge**