USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/31/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
  -v-  : 21-CR-94 (VEC)
:
CORNELL NEILLY, : ORDER
:
                        Defendant. :
:
------------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 9, 2025, the Court held a status conference regarding Defendant's alleged violations of supervised release, *see* Dkt. 79;

WHEREAS Defendant pled not guilty to the violation specifications;

WHEREAS on September 18, 2025, the Government submitted to the Court an amended report detailing five additional violation specifications;

WHEREAS on October 30, 2025, the Government informed the Court that on or about October 30, 2025, Defendant had been arrested pursuant to a warrant issued by the Court; and

WHEREAS on October 30, 2025, the Court referred Defendant's presentment to the Magistrate Judge, *see* Dkt. 81;

IT IS HEREBY ORDERED that a status conference in this matter is scheduled for **Tuesday, November 4, 2025, at 10:00 A.M.** The conference will be held in Courtroom **20C** of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Date: October 31, 2025**
**New York, NY**

                                                                        _____
                                                                        **VALERIE CAPRONI**
                                                                        **United States District Judge**