```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/4/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-                                                21-CR-94 (VEC)

CORNELL NEILLY,                         POST-CONFERENCE
                                                      SCHEDULING ORDER
                Defendant.

-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       IT IS HEREBY ORDERED that a status conference in this matter is scheduled for **Friday, January 16, 2026, at 2:30 P.M.**  The conference will be held in Courtroom **20C** of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

Date:  November 4, 2025                                     _____
      New York, NY                                          **VALERIE CAPRONI**
                                                           **United States District Judge**