USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___1/15/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                       :

UNITED STATES OF AMERICA                 :

                 :

       -v-                       :              21-CR-94 (VEC)

                 :

CORNELL NEILLY,                     :              ORDER

                 :

           Defendant.        :

                 :

-----------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS a conference in this matter is scheduled for Friday, January 16, 2026, at 2:30 P.M. regarding various violations of Defendant's supervised release specifications, *see* Dkt. 83;

WHEREAS on January 15, 2026, a grand jury in the Southern District of New York returned a six-count indictment against Defendant in the case *United States v. Cornell Neilly*, No. 26-CR-15 (JSR) related to the aforementioned violations, which has been assigned to United States District Judge Rakoff, *see* Dkt. 85; and

WHEREAS Defendant is expected to be presented in front of Judge Rakoff on case No. 26-CR-15 (JSR) on Friday, January 16, 2026, *see id.*;

IT IS HEREBY ORDERED that the conference scheduled for Friday, January 16, 2026, at 2:30 P.M. is ADJOURNED *sine die*.  The parties are hereby notified that this case, *United States v. Cornell Neilly*, No. 21-CR-94 (VEC), will be transferred to Judge Rakoff.

**SO ORDERED.**

**Date:  January 15, 2026**                _____
        **New York, NY**                    **VALERIE CAPRONI**
                                              **United States District Judge**